

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00331-CR

Rogelio **RINCON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2445
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 13, 2016.

_____
Rebeca C. Martinez, Justice